NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**YANBIN YU, ZHONGXUAN ZHANG,**
*Cross-Appellants*

---

2021-1723, 2021-1724, 2021-1766

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-01258 and IPR2020-00492.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss these appeals pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeals are withdrawn.

(2)  The parties shall bear their own costs.

FOR THE COURT

April 26, 2022                              /s/ Peter R. Marksteiner
       Date                                  Peter R. Marksteiner
                                             Clerk of Court


ISSUED AS A MANDATE:  April 26, 2022